**Chauncey BENNETT, Plaintiff-Appellant,**

v.

**Kathleen GREEN, Warden; Scott Rowe, Hearing Officer; Stephen T. Moyer, Secretary of D.P.S.C.S., Defendants-Appellees.**

No. 16-6724

United States Court of Appeals, Fourth Circuit.

Submitted: October 20, 2016

Decided: November 16, 2016

Chauncey Bennett, Appellant Pro Se. Thomas E. Dernoga, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chauncey Demetrius Bennett appeals the district court's order granting summary judgment to defendants and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bennett v. Green, No. 1:15-cv-03030-JKB, 2016 WL 2853859 (D. Md. May 16, 2016). We dispense with oral argu-

ment because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED